# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2024 KW 0427

VERSUS

STEVEN A. WALCOTT, JR.                          **AUGUST 23, 2024**

---

In Re:      Steven A. Walcott, Jr., applying for supervisory writs,
            32nd Judicial District Court, Parish of Terrebonne, No.
            728672.

---

**BEFORE:    GUIDRY, C.J., PENZATO AND STROMBERG, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the motion for appeal filed with the district court, the district court's ruling on the motion, the bill of information, any evidence or documentation related to his mental capacity adjudication, all pertinent minute entries and/or transcripts, and any other portions of the district court record that might support the claims raised in the writ application.

**JMG**
**AHP**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT